In the Matter of MARGARET WALL, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.— Appeal by petitioner from an order (1) denying her petition to review a determination of the respondent State Rent Administrator which affirmed an order of a local rent administrator establishing a maximum rent for a housing accommodation, to vacate said determination, and to fix a " proper maximum rent ", or to remit the proceedings to said respondent for further consideration;. and (2) dismissing the proceeding. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ.

■

SHARON LEVINE, Appellant, v. HARVEY H. LEVINE, Respondent.— In an action for separation, wherein defendant counterclaims for separation, plaintiff appeals from an order denying her motion for temporary alimony and referring the motion for counsel fees to the trial court. Order reversed, with $10 costs and disbursements, and motion granted to the extent of allowing temporary alimony from November 17, 1954, at the rate of $25 a week, payable weekly; and counsel fees of $250, one half payable within ten days from the entry of the order hereon and the balance before the day of trial, with such additional counsel fee, if any, as may be fixed by the trial court. (*Shaw* v. *Shaw*, 266 App. Div. 983.) Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.

■

NELSON B. MEADOWS, Appellant, v. MARIO D. GIARDINO et al., Respondents.— In a stockholder's action, order denying motion for examination before trial of Carl A. Espach, formerly an attorney for all of the parties, as a witness, with a direction to him to produce all relevant books and papers on such examination, reversed, with $10 costs and disbursements, and motion granted. The examination will proceed on five days' notice at a time and place to be stated in the order. The undisputed circumstances constitute a sufficient compliance with section 288 of the Civil Practice Act to warrant the granting of the application. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur. Settle order on notice.

■

JENNIE MICELI, Respondent, v. JOHN S. MICELI, Appellant.— Appeal by defendant from an order awarding temporary alimony and counsel fees in an action for separation. The notice of motion herein was dated August 2, 1954. The action was not commenced, and the motion papers were not served, until August 23, 1954. Order modified by striking from the second ordering paragraph the figure " 2 " and by substituting therefor the figure " 23 "; as so modified, order affirmed, with $10 costs and disbursements to respondent. Temporary alimony could not be directed to begin prior to the date of the institution of the action and prior to the date of service of the motion papers for that relief. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.